No. 77–70. NATIONAL LABOR RELATIONS BOARD *v.* ALPERS' JOBBING Co. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 76–1739. JOHNSON ET AL. *v.* HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied, it appearing that there is no final judgment within the meaning of 28 U. S. C. § 1257.

No. 76–1766. SUNSET SCAVENGER Co. ET AL. *v.* ROBERTS ET AL. C. A. 9th Cir. Certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).

No. 76–1801. RIVET, ADMINISTRATRIX *v.* J. C. PENNEY Co., INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 76–6998. MASON ET AL. *v.* CALLAWAY ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 76–1802. FIRST NATIONAL BANK & TRUST COMPANY OF FARGO *v.* DAKOTA NATIONAL BANK & TRUST Co. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–46. CORY, CONTROLLER OF CALIFORNIA *v.* FASKEN, EXECUTOR. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–207. BOWMAN *v.* SIMPSON. Sup. Ct. Tex. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–1840. POLUR *v.* THOMSEN, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari and other relief denied.